# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>ROGELIO CARDENAS-VELASCO,<br><br>　　　　　　　　　　Defendant. | Case No. 18CR0378-WQH<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>MAR 27 2018<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

21:952, 960, 963; 21:952, 960; 18:2 - Conspiracy to Import Cocaine; Importation of Cocaine; Aiding and Abetting

Dated: 3/22/2018

Hon. Jill L. Burkhardt
United States Magistrate Judge